

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00748-CR

Jose A. **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR1157
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED.

SIGNED January 15, 2025.

_____
Lori Massey Brissette, Justice